IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Soltau,<br><br>          Plaintiff,<br><br>v.<br><br>John N Kapoor, et al.,<br><br>          Defendants. | No. CV-18-01720-PHX-DWL<br><br>**ORDER** |

On October 21, 2020, the Court ordered non-party Insys Liquidation Trust ("ILT"), the sole entity with the authority to prosecute the claims in this action, to file, by October 28, 2020, a notice of counsel's appearance and a memorandum showing cause why this action should not be dismissed without prejudice for failure to prosecute. (Doc. 66.)

ILT failed to comply with the Court's order.

Accordingly,

**IT IS ORDERED** that the above-captioned action is dismissed without prejudice for failure to prosecute, as is the consolidated action *Bennett v. Kapoor et al*, 2:18-cv-02170-DWL, and the Clerk of Court shall enter judgment accordingly.

Dated this 29th day of October, 2020.

Dominic W. Lanza
United States District Judge