# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Soltau, | **NO. CV-18-01720-PHX-DWL (LEAD)**<br>**CV-18-02170-PHX-DWL** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| John N Kapoor, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 29, 2020,  the complaint(s) and action(s) are dismissed without prejudice for failure to prosecute.

October 29, 2020

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ Rebecca Kobza
Deputy Clerk